**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Iced Tea with Lemon, LLC** | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number** (EIN) | **27-4166250** | |
| **4. Debtor's address** | **Principal place of business** <br><br> **100 S. Central Expressway, #14** <br> **Richardson, TX 75080** <br> Number, Street, City, State & ZIP Code <br><br> **Dallas** <br> County | **Mailing address, if different from principal place of business** <br><br> **320 W. Las Colinas Blvd., Bldg. 2** <br> **Irving, TX 75039** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| **5. Debtor's website** (URL) | **www.drafthouse.com/dfw** | |
| **6. Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor __**Iced Tea with Lemon, LLC**_____   Case number (*if known*)_____
         Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5121__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

District __**Northern District of Texas**__   When __2/25/22__   Case number __22-40385__

District _____   When _____   Case number _____

---

Debtor **Iced Tea with Lemon, LLC**
    Name                 Case number (*if known*)

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**      Relationship _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    **100 S. Centryal Expressway, #14**
                      **Richardson, TX, 75080-0000**
                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.   Insurance agency    **Hempkins Insurance Agency**
            Contact name      **Kristofor Spiegel**
            Phone           **903-463-6251**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Iced Tea with Lemon, LLC**
Name                                                    Case number (*if known*) _____

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | | |

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Iced Tea with Lemon, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2024**
MM / DD / YYYY

X **/s/ William C. DiGaetano** _____
Signature of authorized representative of debtor

**William C. DiGaetano**
Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Katherine M. Devanney** _____
Signature of attorney for debtor

Date   **May 31, 2024**
MM / DD / YYYY

**Katherine M. Devanney**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-252-0920**       Email address   **kdevanney@polsinelli.com**

**24116281 TX**
Bar number and State

Debtor   **Iced Tea with Lemon, LLC**                                                 Case number (*if known*) _____
         <sub>Name</sub>

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS
_____

Case number (*if known*) _____   Chapter   **7**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Cinco Peliculas, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Dos Peliculas, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Seis Peliculas, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Tres Peliculas, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Two is One, One is None, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Woodbury Alamo, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

In re   **Iced Tea with Lemon, LLC** _____   Case No. _____
Debtor(s)                                Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $          **14,285.71**

    Prior to the filing of this statement I have received _____   $          **14,285.71**

    Balance Due _____   $               **0.00**

2.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

    **Debtor paid $100,000.00 for the filing of the chapter 7 cases of all affiliates. The source was a loan to all debtors from principal William D.
    DiGaetano for filing of all debtors chapter 7 cases. Prior to being engaged to file chapter 7, Polsinelli represented the entities in regard to
    potential workouts with franchisor and landlords over the preceding year and was paid $74,107.00. Additionally, Polsinelli filed and served a
    final decree in the previous Iced Tea with Lemon, LLC chapter 11 bankruptcy within the year and was paid $15,638.20.**

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 31, 2024** _____        **/s/ Katherine M. Devanney**
*Date*                                           **Katherine M. Devanney**
                                                 *Signature of Attorney*
                                                 **Polsinelli PC**
                                                 **222 Delaware Avenue**
                                                 **Suite 1101**
                                                 **Wilmington, DE 19801**
                                                 **302-252-0920  Fax: 302-252-0921**
                                                 **kdevanney@polsinelli.com**
                                                 *Name of law firm*

# United States Bankruptcy Court
## Northern District of Texas

In re __Iced Tea with Lemon, LLC__

Debtor(s)

Case No. _____

Chapter __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Iced Tea with Lemon, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Two is One, One is None, LLC
320 West Las Colinas Blvd.
Irving, TX 75039-5680**

☐ None [*Check if applicable*]

__May 31, 2024__

Date

**/s/ Katherine M. Devanney**

**Katherine M. Devanney**

Signature of Attorney or Litigant

Counsel for __Iced Tea with Lemon, LLC__

**Polsinelli PC**

**222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
302-252-0920 Fax:302-252-0921
kdevanney@polsinelli.com**

## RESOLUTION OF THE MANAGERS OF ICED TEA WITH LEMON LLC

May 30, 2024

The undersigned Managers (the "Managers") of Iced Tea with Lemon, LLC, a Texas limited liability corporation (the "Corporation"), along with its sole Member, Two is One, One is None, LLC (the "Sole Member"), a Texas limited liability corporation, do hereby unanimously consent to and adopt the following resolutions pursuant to the Company Agreement (the "Operating Agreement"), which resolutions were unanimously adopted by the Sole Member and Mangers without a meeting on May 30, 2024 and do hereby direct that these duly authorized resolutions be filed with the company records of the proceedings of the Corporation;

**WHEREAS**, based on (i) certain financial difficulties being suffered by the Corporation, and (ii) effects of the previous actors and writers strikes; the Members and Managers have deemed it to be in the best interests of the Corporation to adopt the following resolutions:

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of the Managers, it is desirable and in the best interests of the Corporation and all stakeholders (including creditors, employees, and other interested parties) for the Corporation to file for Chapter 7 bankruptcy protection, and the CEO, President, Vice President and Officers, on behalf of the Corporation, are hereby authorized and directed on behalf of, and in the name of the Corporation, to take all actions necessary and consistent with the foregoing; and it is further

**RESOLVED**, that each of the CEO, President, Vice President or Officers, on behalf of the Corporation, are hereby authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents including without limitation, the filing and signing of all petitions, schedules, lists, statements, applications, pleadings, and other papers and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that any and all actions heretofore taken by the CEO, President, Vice President or Officers, on behalf of the Corporation, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in connection with any transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified, confirmed and adopted in all respects, and any and all actions hereafter to

be taken by the CEO, President, Vice President or Officers, on behalf of the Corporation, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in furtherance of the objectives of the foregoing resolutions are hereby authorized, approved and ratified in all respects; and it is further

**RESOLVED**, that any Officer of the Corporation, on behalf of the Corporation, is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary and desirable in the opinion of such Officer, a true copy of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution of the Members and Managers of the Corporation as of May 30, 2024.

MEMBERS AND MANAGERS OF THE
CORPORATION:

William C. DiGaetano, Manager and Member
TWO IS ONE, ONE IS NONE, LLC

William D. DiGaetano, Manager and Member
TWO IS ONE, ONE IS NONE, LLC

95241831.1

be taken by the CEO, President, Vice President or Officers, on behalf of the Corporation, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in furtherance of the objectives of the foregoing resolutions are hereby authorized, approved and ratified in all respects; and it is further

**RESOLVED**, that any Officer of the Corporation, on behalf of the Corporation, is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary and desirable in the opinion of such Officer, a true copy of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution of the Members and Managers of the Corporation as of May 30, 2024.

MEMBERS AND MANAGERS OF THE CORPORATION:

William C. DiGaetano, Manager and Member
TWO IS ONE, ONE IS NONE, LLC

William D. DiGaetano, Manager and Member
TWO IS ONE, ONE IS NONE, LLC

2

95241831.1

BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:  Iced Tea with Lemon, LLC

Case No.:

Debtor(s)

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

6/4/2024
Date

Signature of Attorney (if applicable)

Signature of Debtor

27-4166250

Debtor's Social Security *(last four digits only)* /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

Alamo Drafthouse Cinemas, LLC
3908 Avenue B
Austin, TX 78751


Atmos Energy
PO Box 790311
Saint Louis, MO 63179-0311


Bill.com
6220 America Center Drive, Ste. 100
San Jose, CA 95002


Central Insurance Companies
PO Box 828
Van Wert, OH 45891-0828


City of Richardson
PO Box 831907
Richardson, TX 75083-1907


Fintech
3109 W MLK Jr Blvd., Ste. 200
Tampa, FL 33607


Ironedge Group LTD
3000 Wilcrest Dr., Ste. 300
Houston, TX 77042-3483


NCR Corporation / POS Solutions
6201 East Oltorf, Ste 650
Austin, TX 78741


NRG Business
PO Box 660749
Dallas, TX 75266-0749


Nuco2 Inc.
PO Box 417902
Boston, MA 02241-7902

Roadrunner Recycling
One PPG Place FL 33
Pittsburgh, PA 15222


Spectrum - Coax
6399 South Fiddler's Green, Third Floor
Greenwood Village, CO 80111


Spectrum - Fiber
PO Box 60074
City of Industry, CA 91716-0074


SVS Network
101 Bullitt Lane
Louisville, KY 40222


TXU Energy
PO Box 650638
Dallas, TX 75265-0638


Voice Carrier
PO Box 742541
Los Angeles, CA 90074-2541


WorldPay / FISGlobal
8500 Governors Hill Dr.
Symmes Township, OH 45249


Amazon.com
410 Terry Ave N
Seattle, WA 98109


Mood Pandora
2100 S IH 35 Frontage Rd, Suite 201
Austin, TX 78704


Presto-X / Rentokil
1125 Berkshire Boulevard
Wyomissing, PA 19610

Staples Inc.
PO Box 105748
Atlanta, GA 30348-5748


The Coconut King
165 Cambridgepark Drive, Unit 236
Cambridge, MA 02140


Andrews Distributing
2730 Irving Blvd.
Dallas, TX 75207


Ben E. Keith Beverages
1805 Record Crossing
Dallas, TX 75235


Favorite Brands
3900 North McColl Rd.
McAllen, TX 78501


Flood Distribution LLC
7303 Burleson Rd., Suite No. 700
Austin, TX 78744


Four Bullets Brewery
640 Interurban Street
Richardson, TX 75081


Fullclip Craft Distributors
3148 Quebec Street
Dallas, TX 75247


Happy Hippie Brewing Company
507 South Cottonwood Drive
Richardson, TX 75080


Martin House Brewing Co
220 South Sylvania Avenue, Suite 209
Fort Worth, TX 76111

Oak Cliff Brewing Co
1300 S Polk St, No. 222
Dallas, TX 75224


Oak Highlands Brewery
10484 Brockwood Road
Dallas, TX 75238


Odd Muse Brewing Company
4488 Spring Valley Road
Farmer's Branch, TX 75244


Peticolas Brewing Company
2026 Farrington Street
Dallas, TX 75207


Republic National Distributing Company
1010 Isuzu Parkway
Grand Prairie, TX 75050


Rollertown Beerworks
412 North Oklahoma Dr., Ste. 106
Celina, TX 75009


Southern Glazer's
2001 Diplomat Dr,
Farmers Branch, TX 75234-8919


Spec's Family Partners
2410 Smith Street
Houston, TX 77006


Michael Rick
5850 Belt Line Road, Apt 830
Dallas, TX 75254


A24 LLC
31 W 27th St 11th floor
New York, NY 10001

AGFA
3908 Avenue B
Austin, TX 78751


Amazon Studios
PO Box 84188
Seattle, WA 98124-5488


Arbelos
739 N. Occidental Blvd. No. 3
Los Angeles, CA 90026


Bleecker Street Media LLC
381 Park Avenue South, Ste. 1401
New York, NY 10016


Box Office Spectaculars
12119 Laurel Terrace Drive
Studio City, CA 91604


Cinelife
11601 Wilshire Blvd. Ste 210
Los Angeles, CA 90025


Crunchyroll, LLC.
3501 Olympus Blvd., Suite 400
Coppell, TX 75019


Disney
500 S. Buena Vista Street
Burbank, CA 91521


Eleven Arts, Inc.
2127 Sawtelle Blvd.
Los Angeles, CA 90025


Emick Media LLC
5313 Quakertown Ave.
Woodland Hills, CA 91364

FilmRise
220 36th Street, 4th Floor, Unit No. 78
Brooklyn, NY 11232


Full Moon Empire, Inc.
6222 Wilshire Blvd. Suite 313
Los Angeles, CA 90048


Gkids
225 Broadway
New York, NY 10007


Iconic Media Holdings Inc.
9620 Las Vegas Blvd S
Suite E4 No. 688
Las Vegas, NV 89123


Iconic Releasing, LLC
2121 Avenue of the Stars I, Ste. 2320
Los Angeles, CA 90067


IFC Films LLC
11 Penn Plaza
New York, NY 10001


Janus Films Company, L.P.
250 East Hartsdale Ave, Ste 42
Hartsdale, NY 10530


Midsummer House
Attn: Julie Dawn Cole
Alton, _____ GU34 5BH


Kino Lorber
333 W. 39th St. Suite 503
New York, NY 10018


Lightyear Entertainment LP
4011 Alcove Avenue
Studio City, CA 91604

Lionsgate Films Inc.
Attn: Jesse Lee
PO Box 29159
New York, NY 10087-9159


Magnolia Pictures LLC
49 West 27th Street, 7th Floor
New York, NY 10001


MGM - Metro-Goldwyn-Mayer Studios, Inc.
245 N. Beverly Drive, 4th Floor
Beverly Hills, CA 90210


Mirror Releasing LLC
812 Robertson Blvd.
West Hollywood, CA 90069


MPI Media Group
16101 South 108th Ave.
Orland Park, IL 60467


Neil Breen Films LLC
2105 Pescara Court
Las Vegas, NV 89123


Neon Films
636 Broadway Suite 1000
New York, NY 10012


Netflix Studios, LLC
100 Winchester Circle
Los Gatos, CA 95032


Oscilloscope Pictures
140 Havemeyer Street
Brooklyn, NY 11211


Outsider Pictures II LLC
1127 9th Street No. 104
Santa Monica, CA 90403

Paramount Pictures Corporation
5555 Melrose Avenue
Los Angeles, CA 90038


Paris Themmen
13615 Debby St.
Valley Glen, CA 91401


Park Circus, Inc.
2060-D E. Avenida De Los Arboles
Suite No. 369
Thousand Oaks, CA 91632


Picturehouse
21650 Oxnard Street, Suite 2400
Woodland Hills, CA 91367


Rainbow Releasing
844 25th Street
Santa Monica, CA 90403


Rialto Pictures LLC
45 East 72nd, Street 16A
New York, NY 10021


Sentai Filmworks
10114 W Sam Houston Pkwy S
Houston, TX 77099


Sestero Pictures
591 Fulton Way
Danville, CA 94526


Shorts International Ltd.
2801 Ocean Park Blvd. No. 343
Santa Monica, CA 90405


Shout! Factory LLC
1640 South Sepulveda Blvd., Ste. 400

Los Angeles, CA 90025


Sony Picture Classics
25 Madison Avenue, 24th Floor
New York, NY 10010


Sony Pictures Releasing
10202 West Washington Blvd.
Culver City, CA 90232


Strand Releasing
6140 W. Washington Blvd.
Culver City, CA 90232


Theater Sports Network
3301 Hayden Ridge Way
Riverton, UT 84065


Trafalgar Releasing Ltd
222 Broadway, 19th Fl
New York, NY 10038


UNC School of the Arts
1533 S. Main Street
Winston Salem, NC 27127-2738


Universal Pictures
PO Box 848270
Dallas, TX 75284-8270


Utopia Select LLC
8850 E Cloudview Way
Anaheim, CA 92808


Variance Films, Inc.
188 Springfield Ave.
Rutherford, NJ 07070


Warner Bros.
4000 Warner Boulevard

Burbank, CA 91505


Well Go USA, Inc.
3801 E. Plano Parkway Suite 300
Plano, TX 75074


Wichita Big Screen
P.O. Box 13445
Wichita, KS 67213


Wild Eye Releasing
579 Raritan Road Suite 170
Roselle, NJ 07203


Worldwide Entertainment Corporation
135 S. McCarty Drive No. 101
Beverly Hills, CA 90212


Action Lock Doc
1245 N. Plano Rd.
Richardson, TX 75081


Alsco
2816 Central Expressway
Wichita Falls, TX 76301


Aqua Pro by Little Green Frog
PO Box 1497
Asheville, NC 28802


Aquasana Global Inc.
6310 Midway Road
Fort Worth, TX 75080


Artisan Menu Covers, LLC
420 W. Main St.
Eastland, TX 76448


AUSA - North Texas Chapter
513 Seminole Trail

Murphy, TX 75094


BTH Bank
PO Box 7220
Tyler, TX 75711


Burton Gilliam
1427 Tascosa Court
Allen, TX 75013


C Hodges & Associates, PLLC
13642 Omega Rd.
Dallas, TX 75244


Cannon Gentry
4621 Bucknell Drive
Garland, TX 75042


Cintas Corporation
PO Box 631025
Cincinnati, OH 45263


City of Richardson Alarm Program
P.O. Box 141089
Irving, TX 75014-1089


City of Richardson Health Dept.
PO Box 830389
Richardson, TX 75083-0309


Cold Tex Refrigeration LLC
3175 US Hwy 175
Kaufman, TX 75142


Convergint Technologies LLC
35257 Eagle Way
Chicago, IL 60678-1352


Cozzini Bros, Inc.
350 Howard Ave.

Des Plaines, IL 60018


Culligan
3201 Premier Dr., Ste. 300
Irving, TX 75063


CV Premier
P.O. Box 168022
Irving, TX 75016


Dallas County Tax Office
1201 Elm Street, Suite 2600
Dallas, TX 75270


Dallas Mechanical Group LLC
11925 N. Stemmons Fwy. Ste. 130
Dallas, TX 75234


Darling Promo
P.O. Box 27619
Austin, TX 78755


Deluxe Echostar LLC
2130 N. Hollywood Way
Burbank, CA 91505


Digital Cinema Distribution Coalition LLC
1840 Century Park East Suite 550
Los Angeles, CA 90067


Earthtek Inc.
408 113th Street
Arlington, TX 76011


Ecolab
PO Box 70343
Chicago, IL 60673-0343


Edward Don & Company
2562 Paysphere Circle

Chicago, IL 60674


FedEx
PO Box 660481
Dallas, TX 75266-0481


Freshpoint
4721 Simonton Rd.
Dallas, TX 75244


Frost Bank
111 W Houston St, Suite 100
San Antonio, TX 78205


Fusion / Birch Communications
PO Box 105066
Atlanta, GA 30348-5066


Gasket Guy of DFW LLC
2201 Midway Rd. Ste 324
Carrollton, TX 75006


Gateway Services
6420 Richmond Ave
Houston, TX 77057


Geeks Who Drink, LLC
2400 Industrial Lane Suite 700
Broomfield, CO 80020


Hartman Richardson Height Props LLC
P.O. Box 571017
Houston, TX 77257-1017


Hotschedules / Fourth
PO Box 848472
Dallas, TX 75284-8472


Jim's Climate Control Inc.
4128 Mildenhall Dr.

Plano, TX 75093


John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066


Kaeser & Blair, Inc.
4236 Grissom Drive
Batavia, OH 45103-1669


Kitchen Equipment Professionals
3175 US Hwy 175
Kaufman, TX 75142


Lane & McClain Distributors
2245 Midway Rd. No. 300
Carrollton, TX 75006


Lawton Commercial Services LLC
PO Box 1179
McKinney, TX 75070


Lemma Coffee Roasters, LLC
3841 Market St. No. 109
Denton, TX 76209


Liber Cocktails, LLC
2204 Forbes Dr., Suite 103
Austin, TX 78754


Mark Weisbart
10501 N Central Expy, Ste. 106
Dallas, TX 75231


Melissa Saylor
701 Excalibur Dr.
McKinney, TX 75071


Minuteman Press - 850 S Greenville
850 S. Greenville Ave., Ste. 114

Richardson, TX 75081


Mission Restaurant Supply
PO Box 10310
San Antonio, TX 78210


Morris Drywall Systems
PO Box 262
Whitehouse, TX 75791


Moving Image Technologies
17760 Newhope Street, No. B
Fountain Valley, CA 92708


National Proserve
785 W. Wheatland Road, Suite 206
Duncanville, TX 75116


Omni Agent Solutions
5955 DeSoto Ave., Ste. 100
Woodland Hills, CA 91367


Paychex
PO Box 29769
New York, NY 10087-9769


Phillip Glasser
301 Dunbar Ct.
Franklin, TN 37064


Polsinelli PC
900 W. 48th Place Suite 900
Kansas City, MO 64112


Pro Duct Cleaning
2639 Walnut Hill Lane Suite 200
Dallas, TX 75229


RealD, Inc.
246 S. Taylor Ave., Suite 100

Louisville, CO 80027


Rentokil North America, Inc
PO Box 472127
Charlotte, NC 28247-2127


Richardson ISD Tax Office
970 Security Row
Richardson, TX 75081


Rickey W Smith
7843 Alto Caro Dr.
Dallas, TX 75248


Rivercity Sportwear LLC
1709 IH 35 South
San Marcos, TX 78666


Smart Care Equipment Solutions
PO Box 74008980
Chicago, IL 60674


Sony Electronics Inc.
PO Box 100172
Pasadena, CA 91189-0172


Southwest Cinema Services
6308 Needham Lane
Austin, TX 78739


Spices Southern Style
PO Box 20
Manor, TX 78653


Strong Technical Services, Inc.
11422 Miracle Hills Drive
Omaha, NE 68154


Swank Motion Pictures, Inc.
2844 Paysphere Circle

Chicago, IL 60674


Tech Service Today, LLC
1903 S Congress Ave., Ste. 305
Boynton Beach, FL 33426


Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714-9348


Touchmate, Inc.
7703 North Lamar Blvd Suite 100
Austin, TX 78752


Tripleseat Software LLC
50 Beharrell St., Suite B
West Concord, MA 01742


US Foods Inc.
4325 Intewood South Parkway East
Houston, TX 77032


Ushio America, Inc
5440 Cerritos Dr
Cypress, CA 90630


Vista Group (US), Inc.
335 N. Maple Dr. Ste. 150
Beverly Hills, CA 90210


Vortex Colorado, Inc
20 Odyssey
Irvine, CA 92618


Whitley Penn
640 Taylor St. Suite 2200
Fort Worth, TX 76102


Window Cleaner Pros
5800 Preston Oaks Road, Suite 1087

Dallas, TX 75254


YESCO - Houston
12810 Murphy Rd.
Stafford, TX 77477


Zerorez Inc.
1000 West Crosby Road, Suite 124
Carrollton, TX 75006

Albiso, Michael
6501 Meyer Way Apt 7141
McKinney, TX 75070


Allen, Gabe
4823 N. Galloway Ave. Apt. 4205
Mesquite, TX 75150


Amos, Christopher "Travis"
2812 Mesa Valley Dr
McKinney, TX 75071


Arellano, Maya
9705 Windsong Drive
Frisco, TX 75035


Ash, Kameron
17207 Marianne Circle
Dallas, TX 75252


Attebery, Sammie
3108 Stonehenge Dr
Richardson, TX 75082


Bengel, Alex
8709 Briarcrest Drive
Rowlett, TX 75089


Bengel, Ally
8709 Briarcrest Drive
Rowlett, TX 75089

Billinghurst, Isabel Henri
4845 Gramercy Oaks Dr Apt 359
Dallas, TX 75287


Blount, Kya Rose
3036 Thrushwood Dr
Austin, TX 78757


Bramon, Chad
4617 Angel Fire Drive
Richardson, TX 75082


Braxton, Caleb
608 Vernet St
Richardson, TX 75080


Brown, Amanda
4324 Angelina Dr
Plano, TX 75074


Brown, Amaya
903 Saint Paul Drive 206
Richardson, TX 75080


Carker, Aimee
6164 Jereme Trl
DALLAS, TX 75252


Carr, Cheyenne
800 Custer Rd Apt 208
Richardson, TX 75080


Carter, Camaran
1903 E Spring Valley Rd
Richardson, TX 75081


Chapman, Joshua
8537 Southwestern Blvd
Apt 1175

Dallas, TX 75206


Chaviers, Nick
1000 W Spring Valley Rd Apt 139
Richardson, TX 75080


Cogar, Rachel
315 Ellis
Allen, TX 75002


Cooper, Joey
955 Loop Rd Ste 4.300
Richardson, TX 75080


Cope, Lee
205 Dublin Dr
Richardson, TX 75080


Coulonge, Evelyn
6520 Southpoint Dr
Dallas, TX 75248


Cross, Joe Kate
10 Man O War Lane
Fairview, TX 75069


Crow, Travis
4000 Sigma Rd Apt 02402
Dallas, TX 75244


Curtis, Evan
6041 Village Bend Dr
Apt 1501
Dallas, TX 75206


Dahl, Cameron
1326 Woodmoor Drive
Allen, TX 75013


Dennis, Thomas

4117 Sarita Dr
Fort Worth, TX 76109


Drane, Tre
1520 Richardson Drive
Apt 1217
Richardson, TX 75080


Falvey, Patrick
14031 Rolling Hills
Dallas, TX 75240


Foley, Preston
2109 Portsmouth Drive
Richardson, TX 75082


Freeman, Emma
3705 Mosswood Dr
Garland, TX 75042


Frimpong-Badu, Michael
27202 Orono Glen Trail
Katy, TX 77494


Fritz, Karsten
5918 Bent Trail
Dallas, TX 75248


Gaddy, Christian
1301 Cavalier Dr
Apt 806
Richardson, TX 75080


Gannon, Lily
3100 Northside Blvd 9-244
Richardson, TX 75080


Garcia, Noel
955 N Loop Rd 5416
Dallas, TX 75080

Gillespie, Zac
1314 Crestwood Court
Allen, TX 75002


Green, Coit
3527 Leameadow Dr
Sachse, TX 75048


Guerrero, Nick
1125 E Renner Rd
Richardson, TX 75082


Hand, Lauren
710 Laguna Dr
Richardson, TX 75080


Harris, Sheba
609 W Oak St
Denton, TX 76201


Helber, Mary
921 Garden Park Dr
Apt 305
Allen, TX 75013


Henley, Alys
12908 Mitchell
Balch Springs, TX 75180


Hightower, Russell
6807 Fm 842
Lufkin, TX 75901


Hopson, Will
6740 Patrick Lane
Plano, TX 75024


Hudson, Terrance
6417 Ridgecrest Rd
Apt 226

Dallas, TX 75231


Johnson, Alex
6320 Club Lake Court
Dallas, TX 75214


Jones-Martinez, Cali
2200 Waterview Parkway
Apt 1422
Richardson, TX 75080


Kirkhoff, Christopher
2116 Marsh Lane 901
Carrollton, TX 75006


Kuch, Jennifer
2042 Mill Creek Road
Garland, TX 75044


Kuda, Darylyn "Lyn"
7924 Sloan Circle
Plano, TX 75025


Lalanne, Sarah
713 Westwood Dr
Richardson, TX 75080


Lee, Nathan
2600 Waterview Parkway
Apt 4131
Richardson, TX 75080


Lilley, Travis
2821 Townbluff Dr
Apt 1054
Plano, TX 75075


Lin, Amy
5600 Carrington Drive
Richardson, TX 75082

Lord, Micah
1211 Huntington Dr
Richardson, TX 75080


Lowrie, Zach
1108 W Lookout Dr
Richardson, TX 75080


Macabare, Angelie
7001 Jack Franzen Drive
Garland, TX 75043


McDonald, Emma
2225 Cliffside Dr
Plano, TX 75023


McElhanon, Jakierra
1810 Belt Line Rd
Apt 160
Garland, TX 75044


Mcorzo, Miguel
9450 Royal Ln
Apt 2032
Dallas, TX 75243


Mohr, Ryan
4120 Donnington Dr
Plano, TX 75093


Montgomery, Mason
5530 Wendover Drive
Frisco, TX 75034


Mooney, Nick
1312 Westshore Dr
Richardson, TX 75080


Moume, Lemmi
1622 Centenary Dr
Richardson, TX 75081

Nguyen, Long Kinsey
3820 Spring Valley Road 1202
Addison, TX 75001


Owen, Nicki
3500 Deep Valley Trail
Plano, TX 75023


Painter, Nadia
680 Executive Dr
Apt 4212
Plano, TX 75074


Perez, Michael P
320 South Kentucky Street
McKinney, TX 75069


Riggs, Tobi
1909 Montana Trail
Plano, TX 75023


Riojas, Madison
2200 Waterview Parkway
Apt 2325
Richardson, TX 75080


Roach, Trevor
9340 Briarhurst Dr
Dallas, TX 75243


Ruiz, Freddy
5850 Belt Line Road 830
Dallas, TX 75254


Salmon, Brady
738 Nottingham Dr
Richardson, TX 75080


Saulter, Alex
13450 Esperanza Rd
apt 221

Dallas, TX 75240


Shaw, Malachi
1105 Hyannis St
Plano, TX 75094


Skaarer, Shelby
325 Davidson Drive
Garland, TX 75040


Smith, Elijah
2805 Loch Haven Dr
Plano, TX 75023


Sweet, Irina
11831 Garden Terrace Dr
Dallas, TX 75243

Theilen, Kailey
2256 Nantucket Village Drive
Dallas, TX 75227


Uribe, Roberto
3004 Kingston Drive
Plano, TX 75074


Willson, Jesse
717 Forest Ridge Drive
Garland, TX 75042


Zeske, Jamie
7825 McCallum Boulevard 1705
Dallas, TX 75252