John E. Mitchell, SBN: 00797095
Michaela Crocker, SBN: 24031985
Yelena Archiyan, SBN: 24119035
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
Email: michaela.crocker@katten.com
Email: yelena.archiyan@katten.com

*Counsel for Silver Star CRE II, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ICED TEA WITH LEMON, LLC | § | Case No. 24-41976 |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF DEPOSITION OF RODDRICK NEWHOUSE

**TO:**   Roddrick Newhouse
Chapter 7 Trustee
401 Century Parkway, Unit 715
Allen, Texas 75013
Rn7trustee@gmail.com

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, made applicable herein by Rules 7026, 7030, and 9014 of the Federal Rules of

Bankruptcy Procedure, Silver Star CRE II, LLC ("Silver Star") "), by and through undersigned

counsel, will take the deposition upon oral examination of Roddrick Newhouse in his capacity as

Chapter 7 Trustee of the Iced Tea With Lemon, LLC's ("Iced Tea" or the "Debtor") estate.

The deposition will commence at the offices of Katten Muchin Rosenman LLP, 2121 North

Pearl Street, Suite 1100, Dallas, Texas 75201 on the **20th day of June, 2024 at 9:00 a.m. Central Time**, or at such other time and place as agreed upon by counsel, and will be conducted before an officer authorized by law to take testimony and administer oaths and recorded by stenographic means. The deposition may also be videotaped. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: June 17, 2024                    Respectfully submitted,

*/s/ Michaela Crocker*
**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell, SBN: 00797095
Michaela Crocker, SBN: 24031985
Yelena Archiyan, SBN: 24119035
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
Email: michaela.crocker@katten.com
Email: yelena.archiyan@katten.com

**COUNSEL FOR SILVER STAR CRE II, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, a true and correct copy of the foregoing document was served via electronic mail, as indicated on the attached service list, or U.S. Mail, postage prepaid, where no electronic mail address is available, on the following:

301122739v1

Roddrick Newhouse
Chapter 7 Trustee
401 Century Parkway, Unit 715
Allen, Texas 75013
Rn7trustee@gmail.com

Iced Tea with Lemon, LLC
320 W. Las Colinas Blvd.
Bldg. 2
Irving, TX 75039

Iced Tea with Lemon, LLC d/b/a
Alamo Draft House Cinema
4807 Wellington Ct
Temple, TX 76502
Attn.: William DiGaetano

Alamo Draft House Cinemas, LLC
3908 Avenue B
Austin, TX 78751

Stephen M. Blank
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
Stephen.blank@alston.com

Leib M. Lerner
Alston & Bird LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
leib.lerner@alston.com

Jared M. Slade
Alston & Bird, LLP
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
jared.slade@alston.com

Katherine Devanney
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
kdevanney@polsinelli.com

Elizabeth Frances Hayes
Polsinelli PC
2950 N. Harwood Street
Suite 2100
Dallas, TX 75201
ehayes@polsinelli.com

Andrew J. Nazar
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, MO 64112
anazar@polsinelli.com

*/s/ Michaela Crocker*
Michaela Crocker

301122739v1