**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| In re: | § | Chapter 7 |
| --- | --- | --- |
| | § | |
| Iced Tea with Lemon, LLC, | § | Case No. 24-41976 (ELM) |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 7 |
| | § | |
| Tres Peliculas, LLC, | § | Case No. 24-41977 (MXM) |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 7 |
| | § | |
| Cinco Peliculas, LLC, | § | Case No. 24-41978 (MXM) |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 7 |
| | § | |
| Seis Peliculas, LLC, | § | Case No. 24-41979 (ELM) |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 7 |
| | § | |
| Woodbury Alamo, LLC, | § | Case No. 24-41980 (ELM) |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 7 |
| | § | |
| Dos Peliculas, LLC, | § | Case No. 24-41981 (ELM) |
| | § | |
| Debtor. | § | |

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH**
**THE SALE ORDER**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     On June 6, 2024 (the "**Petition Date**"), (i) Iced Tea with Lemon, LLC filed a voluntary petition under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") commencing the bankruptcy case *In re Iced Tea with Lemon, LLC*, Case No. 24-41976 (ELM), pending in the United States Bankruptcy Court for the North District of

1

Texas (the "**Bankruptcy Court**"), the Honorable Edward L. Morris presiding, (ii) Tres Peliculas, LLC filed a voluntary petition under chapter 7 of the Bankruptcy Code commencing the bankruptcy case *In re Tres Peliculas, LLC*, Case No. 24-41977, pending in the Bankruptcy Court, the Honorable Martin X. Mullin presiding, (iii) Cinco Peliculas, LLC filed a voluntary petition under chapter 7 of the Bankruptcy Code commencing the bankruptcy case *In re Cinco Peliculas, LLC*, Case No. 24-41978, pending in the Bankruptcy Court, the Honorable Martin X. Mullin presiding, (iv) Seis Peliculas, LLC filed a voluntary petition under chapter 7 of the Bankruptcy Code commencing the bankruptcy case *In re Seis Peliculas, LLC*, Case No. 24-41979, pending in the Bankruptcy Court, the Honorable Edward L. Morris presiding, (v) Woodbury Alamo, LLC filed a voluntary petition under chapter 7 of the Bankruptcy Code commencing the bankruptcy case *In re Woodbury Alamo, LLC*, Case No. 24-41980, pending in the Bankruptcy Court, the Honorable Edward L. Morris presiding, and (vi) Dos Peliculas, LLC filed a voluntary petition under chapter 7 of the Bankruptcy Code commencing the bankruptcy case *In re Dos Peliculas, LLC,* Case No. 24-41981, pending in the Bankruptcy Court, the Honorable Edward L. Morris presiding (each of the chapter 7 bankruptcy cases in the foregoing (i) through (vi) the "**Bankruptcy Cases**" and each, a "**Bankruptcy Case**") (each of the debtors in the Bankruptcy Cases, a "**Debtor**" and collectively, the "**Debtors**").

2. On June 27, 2024, the Bankruptcy Court entered the Sale Order[1] approving the sale and conveyance of each Debtors' assets pursuant to that certain asset purchase agreement by and between (1) (i) Roddrick Newhouse, in his capacity as Chapter 7 Trustee of the bankruptcy estates of Iced Tea with Lemon, LLC, Tres Peliculas, LLC, Seis Peliculas, LLC, and Woodbury Alamo, LLC, (ii) Behrooz Vida, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Cinco Peliculas, LLC, and (iii) Marilyn Garner, in her capacity as Chapter 7 Trustee of the bankruptcy

---

[1] "**Sale Order**" shall mean that certain *Order Granting Trustee's Joint Emergency Motion for Authority to Sell Property of the Estate Free and Clear of Liens, Claims, and Encumbrances and Provide for the Assumption & Assignment of Executory Contracts and Unexpired Leases* (Case No. 24-41976, ECF No. 92; Case No. 24-41977, ECF

2

estate of Dos Peliculas, LLC (collectively, "**Sellers**" or "**Trustees**" and each, a "**Seller**" or a "**Trustee**") and (2) Alamo Intermediate II Holdings, LLC (together with certain of its affiliates and permitted assigns, "**Buyer**" or "**Alamo**") (Seller and Buyer and Buyer, collectively, the "**Parties**" and each, a "**Party**") (the "**APA**").

3. Consistent with the Sale Order and APA, the Trustee, on behalf of the applicable Debtor's bankruptcy estates, is assuming and assigning to the Buyer in accordance with, and pursuant to, sections 2.d and 7 of the APA, that certain Lease Agreement, dated August 30, 2014 relating to the Las Colinas venue, as amended from time to time, including the Fourth Amendment to Lease between Landlord (as defined therein) and Alamo Colinas LLC (as amended, the "**Las Colinas Lease**"). This notice does not prejudice, effect, or otherwise impact any Trustee's, on behalf of the applicable Debtor's bankruptcy estate, right or ability to assume and assign any other additional executory contracts or unexpired leases in accordance with, and pursuant to, the Sale Order and the APA.

4. The applicable Trustee, Alamo Colinas LLC and the Landlord agree that (i) the assumption and assignment of the Las Colinas Lease shall be effective as of July 12, 2024, and each waives any requisite or applicable notice periods, and (ii) the cure amount to be paid to the applicable counterparty under section 365(b)(1)(A) and (B) of the Bankruptcy Code shall be $0.00.

---

No. 33; Case No. 24-41978, ECF No. 31; Case No 24-41979, ECF No. 28; Case No 24-41980, ECF No. 29; Case No. 24-41981, ECF No. 32).

DATED: July 12, 2024            Respectfully submitted,

/s/ *Jared M. Slade*
Jared M. Slade
Texas State Bar No. 24060618
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 9223899
Email: jared.slade@alston.com

And

Leib M. Lerner
California State Bar No. 227323
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com
*Admitted Pro Hac Vice*

And

Stephen M. Blank
New York Bar No. 227323
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444fstephen
Email: Stephen.blank@alston.com
*Admitted Pro Hac Vice*

*Attorneys for Alamo Intermediate II Holdings, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 12, 2024, a true and correct copy of the above and foregoing instrument was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in this case

                                         */s/ Jared M. Slade*
                                         JARED M. SLADE